■ ELIZABETH G. BERVY, Appellant, v MAX A. BERVY, Respondent.—Appeal from an order of the Supreme Court at Special Term (Hughes, J.), entered April 10, 1985 in Columbia County, which denied plaintiff's motion to compel defendant to submit to an oral deposition and granted defendant's cross motion for summary judgment dismissing the complaint.

Order affirmed, with costs, upon the opinion of Justice Harold J. Hughes at Special Term. Main, J. P., Weiss, Mikoll and Yesawich, Jr., JJ., concur.